UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| MICHAEL ADAMS d/b/a BEHIND THE SCENES MARKETING, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) )  CASE NO: 2:13-CV-06173 |
| ASHLAND INC. and INTERNATIONAL SPECIALTY PRODUCTS, INC., | ) ) ) |
| Defendants. | ) ) |
| INTERNATIONAL SPECIALTY PRODUCTS, INC., | ) ) ) |
| Counterclaim-Plaintiff, | ) ) |
| vs. | ) ) |
| MICHAEL ADAMS d/b/a BEHIND THE SCENES MARKETING, | ) ) ) |
| Counterclaim-Defendant. | ) |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendants Ashland, Inc. ("Ashland") and International Specialty Products, Inc. ("ISP") (collectively, "Defendants"), by their attorneys, respectfully submit the following disclosures:

(1)     Defendant Ashland, Inc. is a publicly held company. To the best of its knowledge and belief, no publicly held company owns 10% or more of its stock.

(2)     Ashland, Inc. owns 100% of the stock of Defendant International Specialty Products, Inc.

Date:   November 25, 2013               Respectfully submitted,

/s/ Rebecca Brazzano_____
Rebecca Brazzano
Thompson Hine LLP
335 Madison Avenue, 12th Floor
New York, New York 10017-4611
Direct 212.908.3941
Fax 212.344.6101
rebecca.brazzano@thompsonhine.com

Attorney for Defendants Ashland, Inc. and
International Specialty Products, Inc.

*Of Counsel*:
Carrie A. Shufflebarger
Thompson Hine LLP
312 Walnut Street, Fourteenth Floor
Cincinnati, Ohio 45202
Direct 513.352.6678
Fax 513.241.4771
carrie.shufflebarger@thompsonhine.com

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing is being served via the Court's CM/ECF system on all counsel of record on this 25th day of November, 2013.

                                        /s/ Rebecca Brazzano_____
                                           Rebecca Brazzano